UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DANNY BATTLE | CIVIL ACTION NO. 20-00406 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SARAH MIDBOE HOOD, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the objections (Record Document 14) thereto, and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law and deferring to the opportunity of the Magistrate Judge to judge the credibility of the witnesses;

**IT IS ORDERED** that the Plaintiff's claims against District Attorney Charles Scott, Judge Brady O'Callaghan, and Assistant District Attorney Sarah Hood be **DISMISSED**. **IT IS FURTHER ORDERED** that Plaintiff's claims against Deputy Clerk Sherry Barry, as well as Plaintiff's claims premised on his requests for declaratory relief, be **DISMISSED WITH PREJUDICE** as frivolous until the Heck conditions are met. **IT IS FURTHER ORDERED** that Plaintiff's claims against Attorney Kevin Berg be **DISMISSED. IT IS FURTHER ORERED** that Plaintiff's request for release from custody be **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

The Clerk of Court is ordered to close this case.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 15th day of October, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT